JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| REAGAN HOFFMANN, by and through her Guardian ad Litem, Allison Hoffmann,,<br><br>Plaintiff,<br><br>vs.<br><br>RAISING CANE'S RESTAURANTS, L.L.C. and DOES 1 through 20,<br><br>Defendants. | Case No. 8:22−cv−02067−DOC−DFM<br><br>**ORDER STIPULATION TO REMAND CASE TO STATE COURT**<br><br>Judge David O. Carter |

IT IS SO ORDERED that pursuant to stipulation of the parties, this matter is hereby remanded from Federal Court back to Orange County Superior Court.

DATED: January 31, 2023

*/s/ David O. Carter*

HON. DAVID O. CARTER
DISTRICT COURT JUDGE

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4853-9923-9246.1

1

ORDER STIPULATION TO REMAND CASE TO STATE COURT